IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

IN RE:

CIVIL INVESTIGATIVE DEMAND            CASE NO: 3:23MC8-RP
NO. 2023-14

## JUDGMENT

The United States of America filed the Petition of the United States for Summary Enforcement of Civil Investigative Demand on April 6, 2023. Since it initiated litigation, the Petition has not been served on Respondent Alvin Loveberry. A Show Cause Order was docketed on July 26, 2023 requiring the United States of America to show cause no later than August 9, 2023 as to why this case should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m). Federal Rule 4(m) dictates, "[if] a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff–must dismiss the action without prejudice against that defendant or order that service be made within a specified time." The United States has not filed any response to the Show Cause Order and the time for a response has expired.

In accordance with the court's July 26, 2023 Show Cause Order, the Petition for Summary Enforcement of Civil Investigative Demand is dismissed without prejudice, the case closed and removed from the court's docket.

This, the 14th day of August, 2023.

                                                     /s/ Roy Percy
                                                     UNITED STATES MAGISTRATE JUDGE